IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN DAVENPORT, | : | Civil No. 3:21-cv-84 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| CUMBERLAND COUNTY PUBLIC DEFENDER, et al., | : | |
| Defendants | : | |

FILED
SCRANTON
OCT 07 2021
PER _____
DEPUTY CLERK

## ORDER

AND NOW, this 7th day of October, 2021, upon consideration of Plaintiff's complaint (Doc. 1), and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The complaint (Doc. 1) is **DISMISSED**.

2. Plaintiff is granted leave to file an amended complaint on or before **Wednesday, October 27, 2021** in accordance with this Order's accompanying Memorandum.

3. Failure to timely file a proposed amended complaint will result in the dismissal of this action without further notice of Court.

Robert D. Mariani
United States District Judge